**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **NATHAN HAWKINS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | No. 4:04CV1269SNL/TIA |
| | ) | |
| **DONALD ROPER,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER**

Having received no objections by the Petitioner,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge (#30), filed August 13, 2007 is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that petitioner's application for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

**IT IS FURTHER ORDERED** that for the reasons set forth in the Report and Recommendation (#30), petitioner has not made a substantial showing of the denial of a constitutional right. Accordingly, a certificate of appealability should not issue in this action.

**IT IS FINALLY ORDERED** that this cause of action is **DISMISSED** with no further action to be taken in this matter.

Dated this ___30th___ day of August, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE